# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HILLARY WHITE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Civil Action No. 1:19-cv-00255-NT |

## PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hillary White hereby submits this voluntary dismissal, without prejudice, of all claims asserted in this action.

DATED at Falmouth, Maine this 30th day of October.

Respectfully submitted,

*/s/ Emily A. Danchuk*
Emily A. Danchuk, Esq.

Danchuk Law, LLC
2 Victoria Lane
Falmouth, ME  04105
(207)747-4135
emily@emilyesquire.com

*Attorney for Plaintiff Hillary White*

## **CERTIFICATE OF SERVICE**

I, Emily A. Danchuk, attorney for Plaintiff, hereby certify that on the above date, I electronically filed *Plaintiff's Voluntary Dismissal* in this matter with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) electronically to all attorneys of record receiving electronic notices in this case.

*/s/ Emily A. Danchuk*
Emily A. Danchuk, Esq.

*Attorney for Plaintiff Hillary White*